UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GABRIEL CISNEROS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO.  **B-03-031** |
| v. | § | |
| | § | |
| M. J. PENDLETON, M.D., and SU | § | |
| CLINICA FAMILIAR, | § | |
| Defendants | § | |
| | § | |
| | / | |

## NOTICE OF REMOVAL TO
## U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

The Department of Health and Humans Services, by and through the undersigned Assistant United States Attorney, pursuant to 28 U.S.C. §1441, respectfully represents the following:

1.    M. J. Pendleton, M.D. and Su Clinica Familiar are named as a defendants in Gabriel Cisneros,. v. M. J. Pendleton, M.D., and Su Clinica Familiar, 197th Judicial District, Willacy County, Texas. The case was filed on or about November 14, 2002, and the case has not come to trial. Attached to this Notice as Composite Exhibit "A" are copies of those documents required by Local Rule 81, which governs removal.

2.    This action is one which may be removed to this Court pursuant to 28 U.S.C. §2679(d)(2) because the named defendant, M. J. Pendleton, M.D., is employed by a public health entity, defendant Su Clinica Familiar, deemed covered by the Federal Tort Claims Act by the Department of Health and Human Services and was acting within the scope of his employment.

3.    In light of the foregoing, Defendants respectfully submit that this action should be removed from Willacy County District Court to the this Honorable Court.

4.    Written notice of the filing of the Notice of Removal has been served on all parties in this lawsuit and a copy of the Notice of Removal has been filed with the Clerk of the District Court of Willacy County, Texas.  A copy of Notice to State Court of Filing of Notice of Removal is attached to this pleading and marked as Exhibit "B."

**WHEREFORE,** the undersigned respectfully requests that this matter be removed from the Willacy County District Court to this Honorable Court.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By:    _____

LARRY LUDKA
Assistant United States Attorney
Texas Bar Number: 12667500/Federal ID #10721
Attorney in Charge for Defendants
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Phone: (361) 888-3111
Fax: (361) 888-3200

## CERTIFICATE OF SERVICE

I, Larry Ludka, do hereby certify that a true and correct copy of the foregoing pleading

was sent via first class mail, on the 3rd day of February, 2003, to the following:

Edmundo O. Ramirez
1101 Chicago
McAllen, TX 78501-4822

**LARRY LUDKA**
**ASSISTANT UNITED STATES ATTORNEY**



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GABRIEL CISNEROS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CASE NO.** |
| | § | |
| **M. J. PENDLETON, M.D., and Su** | § | |
| **CLINICA FAMILIAR** | § | |
| **Defendants** | § | |
| | § | |
| _____ | / | |

## LIST OF COUNSEL OF RECORD

1.  MR. LARRY LUDKA
    Assistant United States Attorney
    Texas Bar Number: 12667500
    800 N. Shoreline Blvd., Suite 500
    Corpus Christi, TX 78401
    Phone: (361) 888-3111
    Fax: (361) 888-3200
    **Attorney in Charge for Defendants**

2.  MR. EDMUNDO O. RAMIREZ
    1101 Chicago
    McAllen, TX. 78501-4822
    **Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GABRIEL CISNEROS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO.** |
| **v.** | § | |
| | § | |
| **M. J. PENDLETON, M.D., and SU** | § | |
| **CLINICA FAMILIAR** | § | |
| **Defendants** | § | |
| | § | |
| | / | |

## INDEX OF MATTERS FILED

1.   Notice of Removal

2.   Notice to State Court of Filing of Notice of Removal

3.   Plaintiff's Original Petition

4.   State Court Docket Sheet

5.   Civil Citation for M. J. Pendleton, M.D., and Su Clinica Familiar.



DEFENDANT'S
EXHIBIT
A

## CAUSE NO. 02-287

| | | |
|---|---|---|
| **GABRIEL CISNEROS,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff** | § | **WILLACY COUNTY, TEXAS** |
| | § | |
| **v.** | § | **197th JUDICIAL DISTRICT** |
| | § | |
| **M. J. PENDLETON, M.D., and SU** | § | |
| **CLINICA FAMILIAR** | § | |
| **Defendants** | § | |
| | § | |

### NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

Please take notice that on February 3 , 2003, the Defendants, M. J. Pendleton, M.D., and Su Clinica Familiar by and through Assistant United States Attorney, Larry Ludka, filed in the United States District Court, Southern District of Texas, Brownsville Division, a Notice of Removal. A copy of the Notice of Removal is attached to this pleading pursuant to the requirements of 28 U.S.C. §1446(d)

In accordance with 28 U.S.C. §1446(d), the filing of a copy of the Notice of Removal with the Office of the Clerk for the District Court of Willacy County, Texas, properly effects the removal and the state court shall proceed no further unless the case is remanded.

Respectfully submitted,
MICHAEL T. SHELBY
United States Attorney

By: _____
LARRY LUDKA
Assistant United States Attorney
Attorney in Charge for Defendants
Texas Bar Number: 12667500
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Phone: (361) 888-3111
Fax: (361) 888-3200



DEFENDANT'S
EXHIBIT
B

## CERTIFICATE OF SERVICE

I, Larry Ludka, do hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail, on the 3rd day of February, 2003, to the following:

EDMUNDO O. RAMIREZ
1101 Chicago
McAllen, TX 78501-4822
**Attorney for Plaintiff**


**LARRY LUDKA**
**ASSISTANT UNITED STATES ATTORNEY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GABRIEL CISNEROS, §
§
Plaintiff, §
§   CASE NO.
v. §
§
M. J. PENDLETON, M.D., and SU §
CLINICA FAMILIAR, §
Defendants §
§
_____/

**NOTICE OF REMOVAL TO**
**U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

The Department of Health and Humans Services, by and through the undersigned Assistant

United States Attorney, pursuant to 28 U.S.C. §1441, respectfully represents the following:

1.      M. J. Pendleton, M.D. and Su Clinica Familiar are named as a defendants in Gabriel

Cisneros,. v. M. J. Pendleton, M.D., and Su Clinica Familiar, 197th Judicial District, Willacy

County, Texas.  The case was filed on or about November 14, 2002, and the case has not come to

trial.  Attached to this Notice as Composite Exhibit "A" are copies of those documents required

by Local Rule 81, which governs removal.

2.      This action is one which may be removed to this Court pursuant to 28 U.S.C.

§2679(d)(2) because the named defendant, M. J. Pendleton, M.D., is employed by a public health

entity, defendant Su Clinica Familiar, deemed covered by the Federal Tort Claims Act by the

Department of Health and Human Services and was acting within the scope of his employment.

3.     In light of the foregoing, Defendants respectfully submit that this action should be removed from Willacy County District Court to the this Honorable Court.

4.     Written notice of the filing of the Notice of Removal has been served on all parties in this lawsuit and a copy of the Notice of Removal has been filed with the Clerk of the District Court of Willacy County, Texas.  A copy of Notice to State Court of Filing of Notice of Removal is attached to this pleading and marked as Exhibit "B."

**WHEREFORE,** the undersigned respectfully requests that this matter be removed from the Willacy County District Court to this Honorable Court.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By:

LARRY LUDKA
Assistant United States Attorney
Texas Bar Number: 12667500
Attorney in Charge for Defendants
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Phone: (361) 888-3111
Fax: (361) 888-3200

CAUSE NO. _02-287_

| | | |
|---|---|---|
| GABRIEL CISNEROS | §. | IN THE DISTRICT COURT |
|    Plaintiff | § | |
| | § | |
| | § | |
| V. | § | _197th_ JUDICIAL DISTRICT |
| | § | |
| | § | |
| M. J. PENDLETON, M.D. | § | |
| and SU CLINICA FAMILIAR | § | |
|    Defendants | § | WILLACY COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Gabriel Cisneros, hereinafter called "Plaintiff," complaining of and about M. J. Pendleton, M.D. and Su Clinica Familiar, hereinafter called "Defendants," and for cause of action would show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery be conducted under Discovery Level 2.

### II.
### PARTIES AND SERVICE

Plaintiff is an individual who resides in Willacy County, Texas.

Defendant M. J. Pendleton is an individual who may be served with citation via certified mail to his place of business located at 1400 Ocean Drive, Suite1004-B, Corpus Christi, Texas 78404.

Defendant Su Clinica Familiar, is a Texas Non-Profit Corporation, may be served with process by serving its registered agent, Elena Marin, 4501 South Expressway 83, Harlingen, Texas 78550, via certified mail.



## III.
## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

This court has jurisdiction over the parties because Defendants are Texas residents.

Venue in Willacy County is proper in this cause under the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## IV.
## FACTS

On or about December 7, 2001, M. J. Pendleton M.D., a physician at Su Clinica Familiar, in Raymondville, Texas, botched a medical procedure involving the removal of a small lipoma from Gabriel Cisneros' left arm. Gabriel Cisneros was left with a large and severe wound to his left arm which led to a skin graft and severe disfigurement.

At all times material hereto, Plaintiff Gabriel Cisneros was a patient under the care of the Defendants, having sought Defendants' professional expertise, judgment, skill, competence, advice, and treatment. Plaintiff states that specific acts and omissions of the Defendants were the proximate cause of said injuries. The instrumentalities that caused the Plaintiff's injuries were under the exclusive management and control of the Defendants at the time Gabriel Cisneros was injured. Gabriel Cisneros' own conduct did not contribute to the injuries in any way, and but for the negligence of the Defendants, Gabriel Cisneros would not have been injured.

## V.

## NEGLIGENCE

Defendants provided medical care, advice and treatment to Plaintiff.

Plaintiff alleges that the Defendants, acting through its directors, officers, employees and agents, violated the duty of care they owed to Plaintiff Gabriel Cisneros to exercise that degree of care, skill, supervision, and diligence ordinarily possessed and used by other members of the profession in good standing under the same or similar circumstances. Plaintiff alleges Defendants were negligent in the following respects and particulars among others:

A.    In failing to warn the Plaintiff, during the existence of the physician-patient relationship of the dangers resulting from defendants' incompetent treatment.

B.    In failing to properly perform the medical treatment necessary to the Plaintiff, Gabriel Cisneros' welfare according to the standards set by the medical profession.

C.    By failing to recognize and/or acknowledge its recognition of the Plaintiff, Gabriel Cisneros' symptoms that resulted from its treatment of the Plaintiff.

D.    By failing to inform the Plaintiff of Plaintiff's true physical state after treatment, constituting "fraudulent concealment" by Defendants, of M.J. Pendleton M.D. negligence resulting in additional harm and injury to the Plaintiff.

E.    By failing to fully and completely disclose the risks and/or hazards.

F.    By failing to engage in recognized and acceptable practices in the medical profession

To the extent that the Plaintiff is unable to fully or accurately describe the specific acts or omissions on the part of the Defendants that caused Plaintiff's injuries, nonetheless, the instrumentalities that caused those injuries were under the exclusive management and control of the Defendants at the time Plaintiff was injured. Plaintiff's own conduct did not contribute to the injuries in any way, and but for the negligence of the Defendants, Plaintiff would not have been injured. Plaintiff, therefore, invokes the doctrine of <u>res ipsa loquitur</u> to establish negligence on the part of the Defendants.

Plaintiff Gabriel Cisneros was under the care and control of Defendants. While subject to the care and control, Plaintiff Gabriel Cisneros sustained the serious personal injuries describe herein.

Defendants owed Plaintiff Gabriel Cisneros the duty to provide proper care and protection and, in the exercise of that duty, the Defendants were required to provide such reasonable care as Plaintiff's condition which was known, or should have been known, required. This includes the duty to guard against the foreseeable consequences of the patient's injury, condition, or treatment. The Defendants, by and through its agents and employees, violated or breached this duty owed to the Plaintiff.

## VI.
## FAILURE TO DISCLOSE RISKS

On the occasion in question, Defendant M.J. Pendleton M.D., as a member of the medical community, had a duty to the Plaintiff to sufficiently disclose any and all risks and hazards incident to the procedure recommended by Defendant, in order to permit the Plaintiff to make an informed choice and give informed consent to the procedure.

Plaintiff would show that Defendant was negligent in failing to disclose that the procedure involved risks and hazards that would have influenced a reasonable person in making a decision to give or withhold consent.

As mandated by §6.06 et. seq. of Article 4590i, V.A.T.S.(The Texas Medical Liability and Insurance Improvement Act), Defendant had a duty to reveal the risks and hazards associated with the surgical procedure recommended to.  Plaintiff would show that the Defendant was negligent in failing to conform to the duty of disclosure set forth in §6.05 and 6.06, of Article 4590i, in that the Defendant failed to reveal that the procedure involved medical risks, when there was no medical emergency, and it was medically feasible to make such a disclosure.  Plaintiff would state that such failure raises a presumption that Defendant was negligent on the occasion in question.

## VII.
## PROXIMATE CAUSE

Each and every, all and singular of the foregoing acts and omissions, on the part of Defendants, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## VIII.
## DAMAGES

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff Gabriel Cisneros was caused to suffer damages.

As a result of Defendants' negligent acts, Plaintiff suffered and continues to suffer needlessly with anxiety, pain, and illness resulting in damages more fully set forth below, incurred the following damages:

A.  Reasonable medical care and expenses in the past. These expenses were incurred by plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Willacy County, Texas.

B.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future.

C.  Physical pain and suffering in the past.

D.  Mental anguish in the past.

E.  Physical pain and suffering in the future.

F.  Mental anguish in the future.

G.  Physical impairment in the past.

H.  Physical impairment which, in all reasonable probability, will be suffered in the future.

I.  Loss of earnings.

J.  Disfigurement in the past.

K.  Disfigurement in the future.

## IX.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Gabriel Cisneros, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**ELLIS, KOENEKE & RAMIREZ, L.L.P.**
1101 Chicago
McAllen, Texas 78501-4822
(956) 682-2440  Telephone
(956) 682-0820 Facsimile


By:  _____
EDMUNDO O. RAMIREZ
State Bar No. 16501420
DENNIS A. LONGORIA
State Bar No. 24003915

ATTORNEYS FOR PLAINTIFF

# CIVIL DOCKET
In the 197th District Court

CASE NO. 02-287

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Mo. | Day | |
| 02-287 | Gabriel Cisneros | Ellis, Koeneke & Ramirez, LLP<br>1101 Chicago<br>McAllen, Texas 78501-4822<br>Edmundo O. Ramirez | Negligence | 11 | 14 | 02 |
| | | | | Jury Fee | | |
| FEE BOOK | | Michael Pendleton | | Paid by | | |
| Vol. Page | vs. | 1400 Ocean Drive, Ste, 1004-B<br>Corpus Christi TX Texas 78404 | | Jury No. | | |
| | M.J. Pendleton, MD and Su Clinica Familiar | | | | | |

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | | PROCESS |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page | |
| | | | Was Stenographer Used? | | | Plaintiff's Original Petition filed 11-14-02 |
| | | | | | | Plaintiffs Application and Demand for Jury Trial filed 11-14-02 |
| | | | | | | Plaintiff's Notice of Intent to Take Oral and Videotaped Deposition of M.J. Pendleton, MD filed 11-14-02 |
| | | | | | | Plaintiff's Notice of Intent to Take Oral and Videotaped Deposition ( Director of Person in charge for Su Clinica Familiar in Raymondville filed 11-14-02 |
| | | | | | | Citation Issued 11-14-02 |
| | | | | | | M.J. Peddleton served 11-18-02 filed 11-21-02. |
| | | | | | | Su Clinca Familiar Served 11/26/02 filed 12/03/02. |
| | | | | | | Original Answer Of Deft. Michael Pendleton, MD Filed 12-3-02. |
| | | | | | | Certificate of Written Discovery ile 12-12-02 |

# CITATION

THE STATE OF TEXAS

To  Su Clinica Familiar-Texas Non-Profit Corporation

Elena Marin

4501 South Expressway 83, Harlingen, Texas 78550

Defendant_____ , in the hereinafter styled and numbered cause: 02-287

YOU ARE HEREBY COMMANDED to appear before the _____197th_____ Court

of _____Willacy_____ County, Texas, to be held at the courthouse of said county in the City of

_____Raymondville_____ , _____Willacy_____ County, Texas, by filing a written answer to the

petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number _____02-287_____ , styled

_____Gabriel Cisneros_____ , Plaintiff_____ ,

vs. M.J. Pendleton, M.D. and Su Clinica Familiar _____ , Defendant_____ ,

filed in said court on the __14th__ day of __November__ , 20_02_ .

Plaintiff is represented by __Edmundo Ramirez__ , whose

address is  1101 Chicago, McAllen, Texas 78501-4822

|  |  |  |  |
| --- | --- | --- | --- |
| street | city | state | zip code |

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the _____14th_____ day of

_____November_____ , 20_02_

_____S.V. "Chago" Fonseca_____

Dis**trict** Clerk of _____Willacy_____ County, Texas

_____546 W. Hidalgo, 2nd Floor_____
Clerk's address

_____Raymondville, Texas 78580_____

By _____Theresa Garcia_____ Deputy.

OƐ1S OƐ6h hOOO OZƐO TOOL

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Su Clinica Familiar
Texas Non-Profit Corp.
Elena Marin
4501 South Expressway 83
Harlingen, Texas 78580

02-287

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (Please Print Clearly)   B. Date of Delivery
11-26-02

C. Signature
X _____   ☐ Agent / ☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:

DEC 0 3 2002

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
| --- | --- |
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

2. Article Number (Copy from service label)
7001 0320 0004 4390 5190

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Clinica Familiar
4501 South Expy 83
Harlingen, TX 78580

16-2108—CITATION—PERSONAL SERVICE—DISTRICT C.. NTY COURT (Revised 8/90) © Class 3-3                    Hart InterCivic

# CITATION

THE STATE OF TEXAS

To  M.J. Pendleton _____

    1400 Ocean Drive, Suite 1004-B _____

    Corpus Christi, Texas 78404 _____

Defendant_____, in the hereinafter styled and numbered cause: 02-287

    YOU ARE HEREBY COMMANDED to appear before the ____197th_____ Court _____

of ___Willacy_____ County, Texas, to be held at the courthouse of said county in the City of

___Raymondville_____, _____Willacy_____ County, Texas, by filing a written answer to the

petition of plaintiff ___ at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof,

a copy of which accompanies this citation, in cause number ___02-287_____, styled

_____

    Gabriel Cisneros _____, Plaintiff____,

vs. M.J. Pendleton, M.D. and Su Clinica Familiar _____, Defendant___ ,

filed in said court on the __14th__ day of _November_____, 20_02_.

    Plaintiff is represented by __Edmundo Ramirez_____, whose

address is _1101 Chicago, McAllen, Texas 78501-4822_____,
             street                      city            state          zip code

    ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, this the _____14th_____ day of

_November_____, 20_02_

                              _____S.V. "Chago" Fonseca_____

          **District** Clerk of _____Willacy_____ County, Texas

                    546 W. Hidalgo, 2nd Floor_____
                    Clerk's address

                    Raymondville, Texas 78580_____

              By ___*Theresa Garcia*_____ Deputy.

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M.J. Pendleton
1400 Ocean Drive, Suite 1004-B
Corpus Christi, Texas 78404

NOV 2 _ 2002

02-287

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Linda Price

B. Date of Delivery  11-18-02

C. Signature
X _Linda Price_    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

NOV 1 8 20

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage  $

ed Fee

eipt Fee (required)

very Fee (Required)

e & Fees  $

Postmark Here

J. Pendleton
00 Ocean Drive, Suite 1004-B
ous Christi, TX 78404

See Reverse for Instructions

2. Article Number  7001 0320 0004 4390 5206

S Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

7025 06E4 4000 02E0 T00L

**CAUSE NO. 02-287**

| | | |
|---|---|---|
| **GABRIEL CISNEROS,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff** | § | **WILLACY COUNTY, TEXAS** |
| | § | |
| **v.** | § | **197ᵗʰ JUDICIAL DISTRICT** |
| | § | |
| **M. J. PENDLETON, M.D., and SU** | § | |
| **CLINICA FAMILIAR** | § | |
| **Defendants** | § | |
| | § | |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

Please take notice that on February , 2003, the Defendants, M. J. Pendleton, M.D., and Su

Clinica Familiar by and through Assistant United States Attorney, Larry Ludka, filed in the United

States District Court, Southern District of Texas, Brownsville Division, a Notice of Removal. A

copy of the Notice of Removal is attached to this pleading pursuant to the requirements of 28

U.S.C. §1446(d)

In accordance with 28 U.S.C. §1446(d), the filing of a copy of the Notice of Removal with

the Office of the Clerk for the District Court of Willacy County, Texas, properly effects the

removal and the state court shall proceed no further unless the case is remanded.

Respectfully submitted,
MICHAEL T. SHELBY
United States Attorney

By: _____

LARRY LUDKA
Assistant United States Attorney
Attorney in Charge for Defendants
Texas Bar Number: 12667500
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Phone: (361) 888-3111
Fax: (361) 888-3200

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading

was sent via first class mail, on the _____ day of February, 2003, to the following:

EDMUNDO O. RAMIREZ
1101 Chicago
McAllen, TX 78501-4822
**Attorney for Plaintiff**

**LARRY LUSKA**
**ASSISTANT UNITED STATES ATTORNEY**