UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **GABRIEL CISNEROS** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-031 |
| | § | |
| **M. J. PENDLETON, M.D.,** and | § | |
| **SU CLINICA FAMILIAR** | § | |
| | § | |
| **Defendants.** | § | |

## MOTION FOR SUBSTITUTION

The United States of America, pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233, moves that an Order be entered substituting the United States as a defendant in the above-captioned civil action in place of named defendants, M. J. Pendleton, M.D., and Su Clinica Familiar. The grounds for this substitution are:

1. The plaintiff avers pain and suffering and medical malpractice and seeks damages resulting from allegedly negligent or wrongful acts or omissions allegedly committed by M.J. Pendleton, M.D., and Su Clinica Familiar.

2. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680, as amended by the Federal Employees Liability Reform and Tort Compensation Act of 1988 § 5, Pub. L. No. 100-694, 102 Stat. 4563 (1988) provides that a suit against the United States Shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The state law torts alleged in the plaintiff's Original Complaint fall within this provision.

3. Title 42 U.S.C. §§ 233 (a) and (c) specifically extend the Federal Tort Claims Act

Respectfully Submitted,

MICHAEL T. SHELBY
United States Attorney

_____
LARRY LUDKA
Assistant United States Attorney
State Bar # 12667500/Federal ID #10721
800 North Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
(361) 888-3111
(361) 888-3200 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of February, 2003, a true copy of the foregoing pleading was mailed, postage prepaid, to:

Edmundo O. Ramirez
1101 Chicago
McAllen, Texas 78501-4822

_____
LARRY LUDKA
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GABRIEL CISNEROS** | § § § | |
| Plaintiff | § § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| **M. J. PENDLETON,** M.D. and SU CLINICA | § § | |
| | § | |
| Defendants. | § § | |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

Pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.3, I hereby certify:

I have read the complaint filed in this action. Based on the information now available with respect to the acts or omissions which gave rise to Plaintiffs' Complaint, Su Clinica Familiar was an entity deemed by the Department of Health and Human Services, pursuant to 42 U.S.C. § 233(g), eligible for coverage under the Federal Tort Claims Act effective June 30, 1993.

Accordingly, I certify that Su Clinica Familiar was acting within the scope of its authority as an agency of the United States at the time of the incidents alleged in the plaintiff's Complaint. Pursuant to 42 U.S.C. § 233(g) Su Clinica Familiar is deemed to be an agency of the United States for Federal Tort Claims Act purposes.


DEFENDANT'S EXHIBIT

Dated: 02 FEB 03

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **GABRIEL CISNEROS**  §<br>§<br>§<br>Plaintiff  §<br>§<br>v.  §<br>§<br>**M. J. PENDLETON**, M.D. and SU CLINICA  §<br>§<br>§<br>Defendants.  §<br>§ | CIVIL ACTION NO. |

### CERTIFICATION OF SCOPE OF EMPLOYMENT

Pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.3, I hereby certify:

I have read the complaint filed in this action. Based on the information now available with respect to the acts or omissions which gave rise to Plaintiffs' Complaint, Dr. Michael J. Pendleton was acting within the scope of his employment as an employee of the United States of America at the time of such acts or omissions.

Specifically, based on the information now available with respect to the acts or omissions which gave rise to Plaintiffs' Complaint Dr. Pendleton was a physician employed by the National Health Service Corps, and was a contract employee of Su Clinica Familiar in Harlingen, See October 3, 2001 Letter to Linda M. Olson from Texas State Board of Medical Examiners and Declaration of Richard G. Bergeron dated January 9th, 2003. Attached as Exhibit A. I further find that Su Clinica Familiar was deemed eligible for coverage under the Federal Tort Claims Act



effective June 30, 1993 and that status has continued without interruption since that date.

Accordingly, I certify that Michael J. Pendleton, M.D. was acting within the scope of his employment at the time of the incidents alleged in the plaintiff's Complaint. Pursuant to 42 U.S.C. § 233(g) he is deemed to be an employee of the United States for Federal Tort Claims Act purposes.

Dated: 02 FEB 03

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

# Texas State Board of Medical Examiners

MAILING ADDRESS: P.O. Box 2018 • Austin TX 78768-2018
PHONE: (512) 305-7010

October 3, 2001

Linda M. Olson
NHSC Recruitment Consultant
National Health Service Corps
1301 Young St, Suite 1040 HRSA-5
Dallas, TX 75202-4348

This certifies that National Health Services Corps Permit No. NH-39826 has been issued to Michael J. Pendleton, M.D., by the Texas State Board of Medical Examiners to serve as a physician employed by the National Health Service Corps. The permit allows this physician to practice medicine only within the scope of his or her contract with the National Health Service Corps.

Service to begin:    October 3, 2001

Service to expire:   October 3, 2002

Donald W. Patrick, M.D., J.D.
Executive Director

/st

---

Post-It® Fax Note  7671  Date 10/4  # of pages ▶ 2
To DR PENDLETON    From L. OLSON
Co./Dept J. MUNGUIA   Co. NHSC/DALLAS
Phone # 956-428-2901   Phone # 214-767-3902
Fax #                  Fax #

GOVERNMENT EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Gabriel Cisneros, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   02-287 |
| ) | |
| M.J. Pendleton, M.D., and Su ) | |
| Clinica Familiar, ) | |
| ) | |
| ) | |
| Defendants. ) | |

DECLARATION OF
RICHARD G. BERGERON

1.  I am a Senior Trial Attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services (the "Department"). As such, I am familiar with official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2.  The Department's Program Support Center has a Claims Branch that maintains in a computerized database a record of all administrative tort claims filed with the Department, including those filed with respect to federally supported health centers that have been deemed to be eligible for Federal Tort Claims Act malpractice coverage.

3.  As a consequence, if a tort claim had been filed with the Department with respect to Su Clinica Familiar and Dr. Pendleton, a record of that filing would be maintained in the Claims Branch's database.

-2-

4. I caused a search of the Claims Branch's database to be conducted on December 30, 2002, and found that an administrative tort claim was filed by Gabriel Cisneros on January 31, 2002.

5. I have also reviewed official agency records and determined that Su Clinica Familiar was first deemed eligible for Federal Tort Claims Act malpractice coverage effective June 30, 1993, and that its deemed status has continued without interruption since that date. Copies of the notifications by an Assistant Surgeon General, Department of Health and Human Services, to Su Clinica Familiar, are attached to this declaration as Exhibit 1.

6. Official agency records also indicate that M.J. Pendleton, M.D., was an employee of Su Clinica Familiar, at all times relevant to the complaint in this case.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this ___9th___ day of January, 2003.

_____
RICHARD G. BERGERON
Attorney, Claims and Employment Law Branch
General Law Division
Office of the General Counsel
Department of Health and Human Services

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS | § § § | |
| Plaintiff | § § | |
| V. | § § | CIVIL ACTION NO. _____ |
| M. J. PENDLETON, M.D., and SU CLINICA FAMILIAR | § § § § | |
| Defendants. | § | |

## ORDER

The United States of America has filed a Motion for Substitution of the United States as defendant in place of Su Clinica Familiar and M. J. Pendleton, M.D., with respect to the state law causes of action alleged in the complaint against Su Clinica Familiar and M. J. Pendleton, M.D., for any acts or omissions that occurred on or after June 30, 1993.

IT IS HEREBY ORDERED that, pursuant to the provisions of 28 U.S.C. § 2679 and 42 U.S.C. § 233, the United States be substituted as defendant with respect to the state law causes of action alleged in the complaint against Su Clinica Familiar and M. J. Pendleton, M.D., and that the caption be amended accordingly.

Dated: this _____ day of _____, 2003.


_____
UNITED STATES DISTRICT JUDGE