United States District Court
Southern District of Texas
FILED

FEB 2 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GABRIEL CISNEROS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | Civil Action No.  B-03-031 |
| **M. J. PENDLETON, M.D. AND** | § | |
| **SU CLINICA FAMILIAR** | § | |
| **Defendants.** | § | |

### Defendants' Unopposed Motion for Enlargement of Time to Serve an Answer or other responsive Pleading to the Plaintiff's Original Petition

The United States on behalf of defendants, M. J. Pendleton, M.D. and Su Clinica Familiar , file this unopposed motion according to Rule 6(b)(1) of the Federal Rules of Civil Procedure and requests that they be given until April 7, 2003, to serve an answer or other responsive pleading to the Plaintiff's Original Petition. The court is referred to the following discussion for grounds in support of this motion.

### I. Discussion

The defendants received a copy of the Plaintiff's First Amended Petition, which was filed in state court, on January 21, 2003. On February 5, 2003, the defendants removed this lawsuit from state court to federal court. Under the Texas Rules of Civil Procedure and Rule 81(c) of the Federal Rules of Civil Procedure, the defendants' answers are due February 25, 2003. However, the defendants will not be in a position to serve an answer until the in-house agency counsel has provided a litigation report to the undersigned attorney. This is expected to occur within the next thirty (60) days. It should be noted that the defendants are generally entitled to 60 days before they must serve an answer or other responsive pleading. *Fed.R.Civ.P. 12(a)(3)(A)*. The defendants only

received the Plaintiffs' Original Petition within the last twenty five (25) days. In addition, the Rule 16 Conference is not scheduled until May 29, 2003. Thus, the hearing will not be delayed if the defendants are given until April 7, 2003, to serve an answer.

This motion is not being filed for purposes of delay nor will the plaintiff be prejudiced if this motion is granted. The defendants believe they have shown good cause for the granting of this motion. *Fed.R.Civ.P. 6(b)(1)*.

## II. Prayer for Relief

Considering the above, the defendants request that this motion be granted and that they be given until April 7, 2003, to serve an answer or other responsive pleading to the Plaintiff's Original Petition.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
.Larry Ludka
Assistant United States Attorney
Texas Bar No. 12667500
Federal I.D. No. 10721
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Telephone: 361-888-3111
Fax: 361-888-3200

Attorney for Defendants

## CERTIFICATE OF SERVICE

This will certify that the attached pleading was served on February 20, 2003, by regular first class mail on the following:

Dennis Longoria
1101 Chicago
McAllen, TX 78501-4822

*For:* Larry Ludka
Assistant United States Attorney

## Certificate of Conference

On February 20, 2003, I spoke with Dennis Longoria, Attorney for the Plaintiff. Mr Longoria stated he does not oppose this motion.

*For* Larry Ludka
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No.  B-03-031 |
| M. J. PENDLETON, M.D. AND | § | |
| SU CLINICA FAMILIAR | § | |
| Defendant. | § | |

# Order

The defendants', M. J. Pendleton, M.D. and Su Clinica Familiar, Unopposed Motion for Enlargement of Time to Serve an Answer or other Responsive Pleading to the Plaintiff's Original Petition is granted. Thus, the defendants have until April 7, 2003, to serve an answer or other responsive pleading.

Signed on _____, 2003, at Brownsville, Texas.

_____
**United States Magistrate Judge**