UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL CISNEROS, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No.  B-03-031 |
| M. J. PENDLETON, M.D. AND | § | |
| SU CLINICA FAMILIAR | § | |
| Defendant. | § | |

## Order

The defendants', M. J. Pendleton, M.D. and Su Clinica Familiar, Unopposed Motion for Enlargement of Time to Serve an Answer or other Responsive Pleading to the Plaintiff's Original Petition is granted. Thus, the defendants have until April 7, 2003, to serve an answer or other responsive pleading.

Signed on  25 FEBRUARY , 2003, at Brownsville, Texas.

United States Magistrate Judge