# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| GABRIEL CISNEROS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-031 |
| | § | |
| M. J. PENDLETON, M.D. AND | § | |
| SU CLINICA FAMILIAR | § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding set below in this case has been **PASSED.**

TYPE OF PROCEEDING:

**HEARING ON THE MOTION FOR SUBSTITUTION (DOCKET NO. 2)**

PLACE:                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                      DATE AND TIME:

                                           **MARCH 6, 2003 AT 1:30 P.M.**

                                           JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 5, 2003

TO:    MR. EDMUNDO O. RAMIREZ
       MR. LAWRENCE LUDKA
       MS. NANCY MASSO