IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-031 |
| | § | |
| M. J. PENDLETON, M.D., AND | § | |
| SU CLINICA FAMILIAR | § | |

### ORDER

The United States of America has filed a Motion for Substitution of the United States as defendant in place of Su Clinica Familiar and M. J. Pendleton, M.D., with respect to the state law causes of action alleged in the Complaint against Su Clinica Familiar and M. J. Pendleton, M.D., for any acts or omissions that occurred on or after June 30, 1993.

IT IS HEREBY ORDERED that, pursuant to the provisions of 28 U.S.C. § 2679 and 42 U.S.C. § 233, the United States be substituted as defendant with respect to the state law causes of action alleged in the Complaint against Su Clinica Familiar and M. J. Pendleton, M.D., and that the caption be amended accordingly.

SIGNED at Brownsville, Texas, this 5th day of March, 2003.

John Wm. Black
United States Magistrate Judge