United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS<br>Plaintiff | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-03-031 |
| | §<br>§ | |
| M. J. PENDLETON, M.D.<br>and SU CLINICA FAMILIAR<br>Defendants | §<br>§<br>§ | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Order for Conference and Disclosure of Interested Parties entered February 5, 2003, Plaintiff Gabriel Cisneros responds as follows:

I.

The undersigned counsel certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

PLAINTIFF:
GABRIEL CISNEROS
c/o Edmundo O. Ramirez
Dennis A. Longoria
ELLIS, KOENEKE & RAMIREZ, L.L.P.
1101 Chicago
McAllen, Texas 78501-4822
Attorneys for Plaintiff



DEFENDANTS:
UNITED STATES
M. J. PENDLETON, M.D.
and SU CLINICA FAMILIAR
c/o Larry Ludka
Assistant U.S. Attorney
Attorney in Charge for Defendants
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401

                        Respectfully submitted,

By: _____
**EDMUNDO O. RAMIREZ**
Federal ID No. 8972
SBN: 16501420
**DENNIS A. LONGORIA**
Federal ID No.23084
SBN: 24003915
**ELLIS, KOENEKE & RAMIREZ, L.L.P.**
1101 Chicago
McAllen, Texas   78501-4822
Telephone    : (956) 682-2440
Telecopier    : (956) 682-0820

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Certificate of Interested Parties, has on March 13, 2003, been delivered via certified mail, to the following:

Larry Ludka
Assistant U.S. Attorney
Attorney in Charge for Defendants
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401

_____
DENNIS A. LONGORIA

2