IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GABRIEL CISNEROS | § | |
| | § | |
| Plaintiff, | § | Civil Action No. B-03-031 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## ANSWER

The United States of America presents this its answer to plaintiff's Original Petition filed December 14, 2002, in the District Court for the 197th District, Willacy County, Texas, which was removed to the United States District Court for the Southern District of Texas on February 5, 2003, and pleads as follows:

### I

These allegations have no relevance to an action controlled by the Federal Rules of Civil Procedure.

### II

Defendant has no knowledge of the residency of the plaintiff. The residency of the Dr. Pendleton and Su Clinica Familiar has no relevance to this action.

### III

Defendant admits that the acts made the subject of the litigation occurred in Willacy County, Texas.

1

### IV.

Defendant denies the allegations contained in this Paragraph.

### V

Defendant denies the allegations contained in this Paragraph.

### VI

Defendant denies the allegations contained in this Paragraph.

### VII

Defendant denies the allegations contained in this Paragraph.

### VIII

Defendant denies the allegations contained in this Paragraph.

### IX

Defendant denies the allegations contained in this Paragraph.

### AFFIRMATIVE DEFENSES

1. Defendant through its agents, servants, and employees, acted with due care and diligence at all times, in rendering medical care and treatment to Gabriel Cisneros, and no acts or omissions by the United States were the proximate cause of any injury to any plaintiff.

2. The Plaintiff is limited to recovery, if any, of the amount claimed administratively in accordance with 28 U.S.C. 2675(b).

3. The Plaintiff is not entitled to consequential damages, exemplary damages, prejudgment interest 28 U.S.C. 2674; or, attorney's fees, 28 U.S.C. 2412.

4. The Plaintiff's injuries and damages, if any, were the result of his own negligent acts and

not the acts of the defendant under the Comparative Causation statutes of the State of Texas, Tex. Civ. Prac & Rem. Code Ann. §§ 33.001 *et seq.*

Defendant prays for judgment denying Plaintiff's Original Petition and for such other relief to which it may be entitled.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
LARRY LUDKA
Assistant United States Attorney
State Bar I.D. Number: 12667500
Admissions I.D. Number: 10721
800 N. Shoreline Blvd, Suite 500
Corpus Christi, TX 78401
(361) 888-3111
(361) 888-3200 Fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Answer was mailed, postage prepaid, to Edmundo O. Ramirez, 1101 Chicago, McAllen, Texas 78501-4822, on this the 7th day of April, 2003.

_____
Larry Ludka
Assistant United States Attorney

3