UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GABRIEL CISNEROS<br>　　Plaintiff | §<br>§<br>§<br>§ | |
| V. | §<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-031 |
| M. J. PENDLETON, M.D.<br>and SU CLINICA FAMILIAR<br>　　Defendants | §<br>§<br>§ | |

**PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

1.　State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

**Response:**　**Rule 26(f) meeting was held on May 6, 2003 and attended via telephone:**

**Dennis A. Longoria**
**ATTORNEY FOR PLAINTIFF**

**Larry Ludka**
**ATTORNEY FOR DEFENDANTS**

2.　List the cases related to this one that are pending in any state or federal court with the case number and court.

**Response:**　**None.**

3. Briefly describe what this case is about.

**Response:** **Plaintiffs sued defendants M. J. Pendleton, M.D. and Su Clinica Familiar alleging claims of negligence in regards to a surgical procedure performed on Gabriel Cisneros.**

**Defendants deny Plaintiffs allegations.**

4. Specify the allegation of federal jurisdiction.

**Response:** **Defendants filed a Notice of Removal pursuant to 28 U.S.C. 1441 and 28 U.S.C. §2679(d)(2).**

5. Name the parties who disagree and the reasons.

**Response:** **None.**

6. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

**Response:** **None at this time.**

7. List anticipated interventions.

**Response:** **None**

8. Describe class-action issues.

**Response:** **None.**

9. State whether each party represents that it has made the initial disclosures required by rule 26(a). If not, describe the arrangement that have been made to complete the disclosures.

**Response:** **None of the parties have made the initial disclosures under Fed. R. Civ. P. 26(a). The parties have agreed to make their disclosures on or before May 23, 2003.**

10. Describe the proposed agreed discovery plan, including:

    A. Responses to all the matters raised in Rule 26(f).

    **Response:** **Please refer to paragraph 9 above and 10 b-h below.**

B.  When and to whom the plaintiff anticipates it may send interrogatories.

**Response:  Plaintiff anticipates sending interrogatories to all Defendants prior to May 23, 2003.**

C.  When and to whom the defendant anticipates it may send interrogatories.

**Response:  Defendants anticipate sending interrogatories to Plaintiff prior to June 23, 2003.**

D.  Of whom and by when the plaintiff anticipates taking oral depositions.

**Response:  Plaintiff anticipates taking the deposition of fact witnesses, expert witnesses, and corporate representatives prior to the end of July 2003.**

E.  Of whom and by when the defendant anticipates taking oral depositions.

**Response:  Defendants anticipate taking depositions of the Plaintiff, fact witnesses, and expert witnesses, prior to the end of July 2003.**

F.  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

**Response:  Plaintiff will designate experts and provide reports by the end of May 2003. Defendant will designate experts and provide reports by the end of June 2003.**

G.  List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Response:  Plaintiff anticipates taking the depositions of all of defendants' designated experts. The depositions will take place prior to the end of August 2003.**

H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Response:** Defendants anticipate taking the depositions of all of Plaintiff's designated experts. The depositions will take place prior to the end of August 2003.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Response:** **All parties are in agreement regarding how much time is needed to complete discovery.**

12. Specify the discovery beyond initial disclosures that has been undertaken to-date.

**Response:** **None**

13. State the date the planned discovery can reasonably be completed.

**Response:** **Discovery will be completed by the end of August 2003.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**Response:** **The parties remain open to settlement discussions as more information is gained through discovery.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**Response:** **The parties have agreed to continue settlement discussions once more information has been gained through discovery.**

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonable and suitable, and state when such a technique may be effectively used in this case.

**Response:** **The parties have agreed that once discovery is completed, the parties will consider mediating the case.**

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**Response:** **The parties have agreed to have the case tried by a magistrate, but will consider it once the case is closer to trial.**

18. State whether a jury demand has been made and if it was made on time.

**Response:    Not applicable.**

19. Specify the number of hours it will take to present the evidence in this case.

**Response:    8 to 16 hours.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**Response:    None at this time.**

21. List other motions pending.

**Response:    None at this time.**

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**Response:    None at this time.**

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**Response:    Plaintiffs filed a Certificate of Interested Parties on March 13, 2003.**

   **Defendants are exempt.**

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

Response:

**EDMUNDO O. RAMIREZ**
**State Bar No.: 16501420**
**Federal ID No.: 8972**
**DENNIS A. LONGORIA**
**State Bar No.: 24003915**
**Federal ID No.23084**
**ELLIS, KOENEKE & RAMIREZ, L.L.P.**
**1101 Chicago**
**McAllen, Texas  78501**
**(956) 682-2440 Telephone**
**(956) 682-0820 Telefax**
**COUNSEL FOR PLAINTIFF**

**LARRY LUDKA**
State Bar No. 12667500
Admissions I.D. No. 10721
Assistant U.S. Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
**COUNSEL FOR DEFENDANTS**

Respectfully submitted,

By: _____
**EDMUNDO O. RAMIREZ**
Federal ID No. 8972
SBN: 16501420
**DENNIS A. LONGORIA**
Federal ID No.23084
SBN: 24003915
**ELLIS, KOENEKE & RAMIREZ, L.L.P.**
1101 Chicago
McAllen, Texas  78501-4822
Telephone     : (956) 682-2440
Telecopier    : (956) 682-0820
**ATTORNEYS FOR PLAINTIFF**

By: _____
**LARRY LUDKA**
State Bar No. 12667500
Admissions I.D. No. 10721
Assistant U.S. Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
**ATTORNEYS FOR UNITED STATES, M. J. PENDLETON, M.D. and SU CLINICA FAMILIAR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Proposed Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure, has on May 15, 2003, been delivered first class mail, to the following:

Larry Ludka
Assistant U.S. Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401

_____
DENNIS A. LONGORIA