IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL CISNEROS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-031 |
| | § | |
| M.J. PENDLETON, M.D. AND | § | |
| SU CLINICA FAMILIAR | § | |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Plaintiff | 5/29 |
| [signature] | Defendant | 5/29 |