IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-031 |
| | § | |
| M.J. PENDLETON, M.D. AND | § | |
| SU CLINICA FAMILIAR | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this 25th day of May, 2003.

UNITED STATES DISTRICT JUDGE