THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE
AND HEARING ON MOTION TO DISMISS

United States District Court
Southern District of Texas
FILED

MAY 2 9 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-031

GABRIEL CISNEROS

VS.

M.J. PENLETON, M.D.
AND SU CLINICA FAMILIAR

DATE & TIME: 05/29/03 AT 1:30 P.M.

PLAINTIFF(S) DENNIS LONGORIA
COUNSEL

DEFENDANT(S) LAWRENCE LUDKA
COUNSEL

---

Held in Chambers

Parties agreed to have case heard before Judge Black and signed consent form. Trial to be scheduled in late October. Parties will notify court of the precise dates and then scheduling order will prepared accordingly. Parties agree to complete discovery by August 2003.

Parties will submit an Order for Mediation for Judge Black's signature. Procedural issues with the case included discussion of possible jurisdictional bar stemming from plaintiff's failure to provide evidence of compliance with the Federal Tort Claims Act. Plaintiff agreed to provide copy of Form SF95 illustrating compliance of administrative claims filing.

Settlement unlikely due to "Judgment Fund" constraints on defendant, USA.

Trial to be held late October 2003.
Estimated Duration: 1 ½ to 2 days