UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GABRIEL CISNEROS<br>Plaintiff | §<br>§<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. B-03-031 |
| | §<br>§ | |
| M. J. PENDLETON, M.D.<br>and SU CLINICA FAMILIAR<br>Defendants | §<br>§<br>§ | |

## PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, PLAINTIFF GABRIEL CISNEROS in the above-entitled and numbered cause and files this their Designation of Expert Witnesses and would show as follows:

I.

Plaintiff designates the following expert:

Barry Edward Swartz MD FACS
2829 Babcock Road, Suite 429
San Antonio, Texas 78229
(210) 614-8707

**Subject Matter:**
Dr. Barry Edward Swartz will testify at the trial of this cause regarding his opinions on the applicable standards of care, the manner in which the care rendered by Su Clinica Familiar failed to meet the standard, the causal relationship between that failure and the injury, harm, or damaged claimed. Dr. Swartz's opinions are based on his expertise in this field. More detailed information may be secured by deposition. Plaintiff has attached a copy of Dr. Swartz's C.V. and report.

**Facts Known:**
Dr. Barry Edward Swartz has been hired as an expert in this case and has knowledge of the facts surrounding the incident made this basis of this lawsuit.

**Tender for Deposition:**
Dr. Barry Edward Swartz may be deposed at the request of the Defendants and at a mutually agreeable time.

All documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared for the expert in anticipation of the expert's testimony may be copied at the offices of Ellis, Koeneke, & Ramirez at a mutually agreeable time and/or will be produced at said expert's deposition.

## TREATING PHYSICIANS AND HEALTHCARE PROVIDERS:

The following experts provided medical care for Gabriel Cisneros. They have not been specifically retained by, and are not subject to the control of the Plaintiff. They may be called upon to give testimony in the form of opinions within their respective areas of expertise.

```
SU CLINICA FAMILIAR
and/or Custodian of Records, Staff and Personnel
131 Farm Rd. 3168
Raymondville, Texas 78580
(956) 689-2196

ELENA L. MARIN, M.D.
Supervising Physcian
Su Clinica Familiar
131 Farm Rd. 3168
Raymondville, Texas 78580
(956) 689-2196        - and/or -
4501 South Expressway 83
Harlingen, Texas 78550

SAN BENITO MEDICAL ASSOCIATES, INC.
and/or Custodian of Records, Staff and Personnel
351 N. Sam Houston
San Benito, Texas 78586
(956) 399-2443        - and/or -
721 W. Harrison
Harlingen, Texas 78550
(956) 440-8470
```

GIOVANA GHAFOORI, M.D., P.A.
and/or Custodian of Records, Staff and Personnel
1649 Sam Houston
Harlingen, Texas 78550
(956) 428-1700

VALLEY BAPTIST MEDICAL CENTER
and/or Custodian of Records, Staff and Personnel
2101 Pease
Harlingen, Texas 78550
(956) 389-1773

IVELLISSE LUGO, M.D.
Valley Baptist Medical Center, Wound Care Center
and/or Custodian of Records
2101 Pease
Harlingen, Texas 78550
(956) 389-1773

JULIA KENNY, M.D.
and/or Custodian of Records, Staff and Personnel
6003 First Park Tem Blvd.
San Antonio, Texas
(210) 735-9461

LAWRENCE DAHM, M.D.
Pathology Laboratory
and/or Custodian of Records, Staff and Personnel
Box 2918
Harlingen, Texas 78550

UNNYAMPATH SUGUNAN, M.D.,
Medical Director
Su Clinica Familiar
131 Farm Rd. 3168
Raymondville, Texas 78580
(956) 689-2196        - and/or -
4501 South Expressway 83
Harlingen, Texas 78550

LONNIE STANTON, M.D.
and/or Custodian of Records, Staff and Personnel
351 N. Sam Houston
San Benito, Texas 78586
(956) 440-8470

## CROSS-DESIGNATION OF EXPERTS

Plaintiff hereby cross-designates and states that he may call any expert identified or designated by Defendants to elicit expert opinions. Plaintiff makes this cross-designation of those experts.

Respectfully submitted,

By: _____
**EDMUNDO O. RAMIREZ**
Federal ID No. 8972
SBN: 16501420
**DENNIS A. LONGORIA**
Federal ID No.23084
SBN: 24003915
**ELLIS, KOENEKE & RAMIREZ, L.L.P.**
1101 Chicago
McAllen, Texas   78501-4822
Telephone    : (956) 682-2440
Telecopier    : (956) 682-0820
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Designation of Experts has on May 30, 2003, been forwarded to all counsel of record as follows:

Larry Ludka
Assistant U.S. Attorney
800 N. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
Via CMRRR

_____
DENNIS A. LONGORIA

4

BARRY EDWARD SWARTZ, MD
7879 BABCOCK RD SUITE 429
SAN ANTONIO, TEXAS 78229

## CURRICULUM VITAE
## BARRY EDWARD SWARTZ, M.D., F.A.C.S., J.D.

Born - Atlantic City, New Jersey
    February 3, 1945

Married - Carol Ann Swartz (Smith)

Children - Jeffrey Baron Swartz, born December 12, 1985

High School - Atlantic City High School, 1959-63
    National Honor Society

College - Dickinson College
    Carlisle, Pennsylvania
    B.S. 1963-67
    Major - Biology
    Undeclared Minor - Physics

Medical School - Temple University School of Medicine
    Philadelphia, Pennsylvania
    Doctor of Medicine Degree, 1967-71

Law School - Saint Mary's University
    San Antonio, TX
    J.D., December 1995
    Fellow American College of Legal Medicine

Member State Bar of Texas - May 1996

Surgical Internship - Baylor College of Medicine, Houston, Texas
    Chief of Surgery - Michael E. DeBakey, M.D.
    1971-72
    Outstanding Intern of the Year Award

General Surgery Residency - Baylor College of Medicine, Houston, Texas
    Chief of Surgery - Michael E. DeBakey, M.D.
    1972-76

BARRY EDWARD SWARTZ, MD
2829 BABCOCK RD SUITE 429
SAN ANTONIO, TEXAS 78229

-2-
Curriculum Vitae, continued


Military Obligation - United States Air Force, Laughlin Air Force Base, Del Rio, Texas
(Drafted while in Medical School)
Rank - Major
Position - Chief of Hospital Services
Chief of Surgery 1976-78

Private Practice - General Surgery
Plaza Del Oro Hospital, Houston, TX 1978-79
while awaiting opening for plastic surgery residency

Plastic Surgery Residency - Baylor College of Medicine, Houston, TX
Chief of Plastic Surgery - Melvin Spira, M.D.
1979-81
1st place award at the National Plastic Surgery
Resident's Conference, 1981

Previous Partnership - Institute for Aesthetic Surgery 1981-1988
Current Private Practice - Barry Edward Swartz, M.D., P.A., 1988-present
Staff Surgeon - Burn Care Associates of San Antonio, 1990 to present

Associations and Certification:
- Diplomate of the American Board of Plastic Surgery
- Fellow of the American College of Surgeons
- Fellow of the International College of Surgeons
- Fellow of the International College of Clinical Plastic Surgeons
- Active member of the American Society of Aesthetic Plastic Surgeons
- Active member of the American Society of Plastic and Reconstructive Surgeons
- Active member of the North American Lipolysis Society
- Active member of the Texas Society of Plastic Surgeons
- Active member of the San Antonio Society of Plastic Surgeons

Active Staff Memberships:
- Methodist Hospital of San Antonio
- Women's and Children's Hospital
- Santa Rosa Northwest Hospital
- Methodist Ambulatory Surgery Hospital
- St. Luke's Baptist Hospital (Past Chief of Plastic Surgery Department)

BARRY EDWARD SWARTZ MD  FACS
2829 BABCOCK ROAD  SUITE 429
SAN ANTONIO, TEXAS  78229
210-614-8707

Mr. Dennis Longoria
1101 Chicago
McAllen, Texas 78501-4822

RE: GABRIEL CISNEROS                              February 20, 2003

Dear Mr. Longoria,

      My name is Barry Edward Swartz. I am over the age of eighteen years and am a resident of San Antonio in Bexar County, Texas. I have never been convicted of a crime and I am fully competent and able to make this declaration. I am licensed to practice medicine in the state of Texas and currently practice in Bexar County. I have been a medical doctor since graduating from the Temple University School of Medicine in Philadelphia, Pa. in 1971. I completed a five year general surgery residency at Baylor College of Medicine in Houston, Texas. My plastic surgery training was obtained during a two year residency also at Baylor College of Medicine. I have practiced in San Antonio since 1981. I am certified by the American Board of Plastic Surgery and am a Fellow of the American College of Surgeons, the American Society of Aesthetic Plastic Surgeons and numerous other professional groups and societies. My license has been granted by the Texas Board of Medical Examiners and is on file with the appropriate authorities of Bexar County. As a summary of my qualifications, I have attached as exhibit "A" a copy of my current curriculum vitae. I have knowledge of the matters concerning the care received by Gabriel Cisneros from Dr. M.J. Pendleton through my review of the medical records provided by your office. These included photographs and the records from Dr. Pendleton, Dr. Giovanna Ghafoori, the Su Clinica, the San Benito Medical Center, and the Valley Baptist Hospital. By virtue of my experience, training and formal education, I feel confident in my ability to comment on the issues presented by this matter. All of my opinions are based on a reasonable degree of medical probability. and are based upon my skill, education and experience as a plastic surgeon .

      After my review of the aforementioned documents, I have formed the following opinions. Dr. Pendleton elected to treat Mr. Cisneros for a lipoma of the arm. A lipoma by definition is a non-malignant condition. The treatment for removing these "unsightly" lumps under the skin is undertaken by trained surgeons in the following manner. The standard of care requires a small incision to be made over the mass. Due to the soft, easily fragmented nature of lipomas, they can be broken up with pressure or an instrument and "extruded" through small incisions. These incisions are approximately 1/2 to 1 inch in length. No skin is removed and the wound created is primarily closed with a few sutures. The removed tissue is

sent to confirm the clinical impression of lipoma because rare fatty cancers due occur.

     Dr. Pendleton breached the standard of care owed Mr. Cisneros in the following manner. First, his documentation of the informed consent if any was given is absent from the records. Secondly, the doctor has not recorded an operative note with any significant details to justify his procedure. These two breaches make it difficult for subsequent doctors to know what occurred during surgery. Specifically, the brief note does not indicate any suspicious or unusual circumstance that could have required the excision of an extremely large portion of skin. The removal of any skin for the treatment of a simple lipoma is negligent. Furthermore, the great extent of the skin excision precluded any attempt by Dr. Pendleton to suture the wound. If this had been his intent preoperatively, detailed informed consent was certainly in order. It is extremely doubtful that any patient would consent to a procedure of this nature knowing that skin grafts or a disfiguring wound as a result of healing by "secondary" intent was contemplated by the surgeon. The removal of a large portion of uninvolved skin caused the need for skin grafting to close the wound by Dr. Ghafoori. If Dr. Pendleton had not acted in a negligent manner, Mr. Cisneros would not have required grafting and the morbidity of both the donor and recipient sites would have been avoided. Dr. Pendleton has also breached the standard of care owed Mr. Cineros by not submitting the surgical specimen to pathological examination. While the clinical impression of lipoma is "usually" sufficient, the rare occurrence of malignant tumors of the fatty tissues has not been ruled out. Late recurrence of distant metastases is a rare but not unheard of possibility. In summary, it is my opinion that Dr. Pendleton's ill conceived, improper surgery was the proximate causes for the damages suffered. These damages include in my opinion, the un-necessary scarring of the arm and leg, the pain and suffering of the post-operative care of both procedures, the "unknown" risk of future tumor recurrence, and the expenses related to the second procedure by Dr. Ghafoori. Please inform me of any additional information concerning this case so that I may amend this declaration if warranted. I remain sincerely yours,

Barry Edward Swartz MD FACS