UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL CISNEROS<br>Plaintiff | §<br>§<br>§<br>§ | |
| V. | §<br>§<br>§ | CIVIL ACTION NO. B-03-031 |
| M. J. PENDLETON, M.D.<br>and SU CLINICA FAMILIAR<br>Defendants | §<br>§<br>§ | |

## ORDER COMPELLING MEDIATION

IT IS, ORDERED that mediation of the above-entitled and numbered cause of action is scheduled for Wednesday, July 23, 2003.

IT IS FURTHER ORDERED that the parties or their duly authorized representatives, and, in any case involving insurance, a representative of the involved insurance carrier who is authorized to settle the case, shall attend the mediation.

IT IS FURTHER ORDERED that the costs of the mediation shall be borne by each party.

SIGNED on this the 6TH day of JUNE, 2003.

_____
JUDGE PRESIDING

AGREED:

_____
DENNIS A. LONGORIA
Counsel for Plaintiff

_____
LARRY LUDKA
Counsel for Defendants