*/7*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL CISNEROS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-031 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| SUBSTITUED AS DEFENTANT | § | |
| FOR M.J. PENDLETON, M.D. AND | § | |
| SU CLINICA FAMILIAR | § | |

## ORDER

On this day came on to be considered the **Scheduling Order** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   A final pretrial and settlement conference is set for **November 5, 2003 at 1:30 p.m.**

(2)   Trial is set for **November 17, 2003 at 9:00 a.m.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 4th day of September, 2003.

_____
John Wm. Black
United States Magistrate Judge