# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

*United States District Court*
*Southern District of Texas*
**ENTERED**
OCT 3 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GABRIEL CISNEROS | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-031 |
| M. J. PENDLETON, M.D. AND SU CLINICA FAMILIAR | § § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**FINAL PRETRIAL AND SETTLEMENT CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **NOVEMBER 5, 2003 AT 1:30 P.M.** | **NOVEMBER 10, 2003 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 28, 2003

TO:     MR. EDMUNDO O. RAMIREZ
        MR. LAWRENCE LUDKA