UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GABRIEL CISNEROS, § § Plaintiff, § v. § § Civil Action No. B-03-031 UNITED STATES OF AMERICA § § Defendant. § | |

### Defendant's Stipulation of Liability

The United States of America, defendant herein, files this its Stipulation of Liability and would confess to the Court as follows.

### I. Discussion

After the completion of discovery the defendant, the United States of America, believes that the acts of defendant's employees were a proximate cause of any injuries suffered by the plaintiff in this case. Therefore the defendant does hereby stipulate that the plaintiff's damages, if any, were caused solely by the acts of defendant's employees. Plaintiff will no longer be required, at trial, to produce evidence that the acts of the defendant were a proximate cause of any injuries suffered by the plaintiff.

Defendant continues to deny that plaintiff suffered damages in the amount claimed or pleaded by the plaintiff and will still require plaintiff to provide strict proof thereof.

This stipulation is being filed solely for the purpose of preventing unnecessary expense to the plaintiff and the unnecessary expenditure of the Court's time.

                Respectfully submitted,

                MICHAEL T. SHELBY
                United States Attorney

By: *[signature: Larry Ludka by Nancy L. Masso, AUSA w/ permission]*
                Larry Ludka
                Assistant United States Attorney
                Texas Bar No. 12667500
                800 N. Shoreline Blvd., Suite 500
                Corpus Christi, TX 78401
                Telephone: 361-888-3111
                Fax: 361-888-3200

                Attorney for Defendant

## CERTIFICATE OF SERVICE

      This will certify that the attached pleading was served on November 3, 2003, by regular first-class mail on the following:

Dennis Longoria
1101 Chicago
McAllen, TX 78501-4822

*[signature: Larry Ludka by Nancy L. Masso]*
Larry Ludka
Assistant United States Attorney