THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-03-031 | DATE & TIME: 11-10-03 AT 1:30 P.M. |
| GABRIEL CISNEROS | PLAINTIFF(S) EDMUNDO O. RAMIREZ COUNSEL |
| VS. | |
| M.J. PENDLETON, M.D. AND SU CLINICA FAMILIAR | DEFENDANT(S) LAWRENCE LUDKA COUNSEL |

---

ERO: Rita Nieto
CSO: Dan Figueroa

Attorneys Bland Puente, in lieu of Edmundo Ramirez, and Lawrence Ludka appeared.

Settlement has been offered. Plaintiff's counsel will discuss settlement with Mr. Cisneros. Parties will notify if settlement is accepted or not.

