2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas.
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Gabriel Cisneros | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-CV-31 |
| United States | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT'S PRETRIAL ORDER

### I. Appearance of Counsel

The plaintiff is Gabriel Cisneros and is represented by Dennis Longoria of the law firm of

Ellis, Koeneke & Ramirez, 1101 Chicago, McAllen, Texas  78501, (956)682-2440.

Defendant, United States of America, is represented by Larry Ludka, Assistant United

States Attorney, 800 N. Shoreline Blvd, Suite 500, Corpus Christi, Texas  78401, (361) 884-3454

and Michael T. Shelby, United States Attorney for the Southern District of Texas.

### II. Statement of the Case

This is a personal injury case brought under the Federal Tort Claims Act for medical

malpractice.  Plaintiff claims the defendant improperly removed a lipoma from his left forearm

resulting in a skin graft and permanent scaring.

### III. Jurisdiction

This case was originally filed in State Court against Su Clinica Familia and Dr. M.

Pendeleton.  The case was removed to federal court by the defendant and the United States was

substituted as the proper defendant.  In this posture the case is properly before this court.

Pursuant to 28 U.S.C. § 636(c) the parties executed a consent to have this case heard by a United

States Magistrate Judge.

### IV. Motions

None pending.

V.(a) <u>Contentions of the Plaintiff</u>

(b) <u>Contentions of the Defendant</u>

Defendant has stipulated that the acts of defendant's employees were a proximate cause of any injury suffered by the plaintiff.  Defendant  contest the amount of damages claimed by the defendant in his administrative claim and in his pleadings.

VI. <u>Agreed Facts</u>

A) That acts of defendant's employees were a proximate cause of the plaintiff's injuries, if any.

VII. <u>Contested Issues of Fact</u>

(1) The amount of damages suffered by the plaintiff.

VIII. <u>Agreed Propositions of Law</u>

(1) There are no agreed or disputed propositions of law at issue in this case.

IX. <u>Contested Propositions of Law</u>

X. <u>Exhibits</u>

See Defendant's exhibit list.

## XI. Witnesses

Plaintiffs Witnesses:

Defendant's Witnesses:

    (a)  Dr. Giovanna Ghafoori.  Dr. Dhafoori will testify as to the skin graft procedure performed on the plaintiff and the plaintiff's recovery from and success of the procedure.

    (b)  Laura Guerro, CAN.  Ms Guerro is one of the nurses who changed the plaintiff's wound dressing after the skin graft operation.  She will testify as to the lack of any complaints of pain or discomfort by the plaintiff.

    (c)  Chris Vento, LPN.  Ms. Vento is another nurse who treated plaintiff after the skin graft operation.  She will testify as to the lack of any complaints of plain or discomfort by the plaintiff.

    Other witnesses:

    Defendant reserves the right to call as an adverse witness any witness who testifies by deposition or direct examination for the plaintiff.

    If other witnesses to be called to trial become known, their names, addresses and the subject of their testimony will be reported to opposing counsel as soon as they are known.  This does not apply to rebuttal or impeachment witnesses.

## XII. Settlement

    Defendant has made a settlement offer to plaintiff's counsel.

## XIII. Trial

    The trial will take approximately ½ days.

## XIV. Attachments

(a)      Defendant's Exhibit List:

Dated this the 10th day of November, 2003.

_____

UNITED STATES MAGISTRATE JUDGE

Date: _____

APPROVAL RECOMMENDED:

Date: 11/10/03

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GABRIEL CISNEROS

      Plaintiff,

        v.

UNITED STATES

      Defendant.

\*
\*
\*
\*   Civil Action No B-CV-31.
\*
\*
\*

## DEFENDANT'S PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Findings of Fact

1.    Plaintiff Gabriel Cisneros incurred no medical expenses.

2.    Plaintiff Gabriel Cisneros incurred pain and suffering injuries in the amount of

$5,000.00

Respectfully submitted,

RONALD G. WOODS
United States Attorney

By: _____

LARRY LUDKA
Assistant United States Attorney
State Bar I.D. Number: 12667500
Admissions I.D. Number: 10721
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas  78401
(361) 884-3454

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Defendant's Proposed Findings of Facts and Conclusions of Law has been mailed via first class mail, postage prepaid to the parties listed below on this 10th day of November, 2003.

Dennis Longoria
1101 Chicago
McAllen, TX 78501

LARRY LUDKA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|                         |   |                              |
|-------------------------|---|------------------------------|
|                         | * |                              |
|                         | * |                              |
| GABRIEL CISNEROS,       | * |                              |
|           Plaintiff     | * |                              |
|                         | * | Civil Action No. B-CV-31     |
|                         | * |                              |
|       v.                | * |                              |
|                         | * |                              |
| UNITED STATES           | * |                              |
|                         | * |                              |
|           Defendant     | * |                              |
|                         | * |                              |
|                         | * |                              |

### EXHIBIT LIST OF DEFENDANT



| Exhibit No. | Description | Marked | Offered | Object | Admit | Date | Disposition After Trial |
|-------------|-------------|--------|---------|--------|-------|------|-------------------------|
| 1 | Medical records of Gabriel Cisneros | | | | | | |
| 2 | Prison records of Gabriel Cisneros | | | | | | |