UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
600 E. HARRISON STREET, #204
BROWNSVILLE, TEXAS 78520

United States District Court
Southern District of Texas
FILED

DEC 0 4 2003

Michael N. Milby
Clerk of Court

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

December 4, 2003

Mr. Edmundo O. Ramirez
1102 Chicago
McAllen, TX 78501-5833

Mr. Lawrence Ludka
Office of the U. S. Attorney
800 N. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re: C.A. No. B-03-031
Gabriel Cisneros vs.
United States of America

Gentlemen:

The Clerk of the Court has given me various documents submitted by you.

Please send original signed documents, not faxes. Please submit documents without handwritten strike overs and corrections. Please submit an Order of Dismissal. Documents must be signed by Edmundo O. Ramirez, as Attorney-in-charge, as shown on the docket sheet enclosed.

I have instructed the Clerk not to file the documents you sent under the U. S. Attorney's cover letter dated December 1, 2003, bearing the wrong cause number.

Very truly yours,

John Wm. Black
United States Magistrate Judge

xc: J. M. "Butch" Barbosa
Deputy Clerk
Brownsville Division

```
                                                                MAG
                    U.S. District Court
          TXS - Southern District of Texas (Brownsville)

              CIVIL DOCKET FOR CASE #: 03-CV-31
```

sneros v. USA, et al                                 Filed: 02/05/03
signed to: Magistrate Judge John William B
        Referred to: Magistrate Judge John William Black
mand: $0,000                              Nature of Suit: 360
ad Docket: None                           Jurisdiction: US Defendant
t # in Willacy County : is 02-287

use: 28:1441 Notice of Removal-Medical Malpractice


BRIEL CISNEROS                   Edmundo O Ramirez
    plaintiff                    956-682-0820 fax
                                 [COR LD NTC]
                                 Ellis Koeneke et al
                                 1101 Chicago
                                 McAllen, TX 78501-5833
                                 956-682-2440



  v.


A, Substituted as deft for M     Lawrence McKinley Ludka
 Pendleton M D                   361-888-3200 fax
    defendant                    [COR LD NTC]
                                 Office of U S Attorney
                                 800 N Shoreline Blvd
                                 Ste 500
                                 Corpus Christi, TX 78401
                                 361-888-3111




ocket as of December 4, 2003 2:04 pm                    Page 1