24

United States District Court
Southern District of Texas
FILED

THE HONORABLE JOHN WM. BLACK

DEC 1 0 2003

STATUS CONFERENCE

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-03-031 | DATE & TIME: 12-10-03 AT 1:30 P.M. |
| GABRIEL CISNEROS | PLAINTIFF(S) EDMUNDO O. RAMIREZ COUNSEL |
| VS. | |
| UNITED STATES OF AMERICA | DEFENDANT(S) LAWRENCE LUDKA COUNSEL |

Attorneys Lawrence Ludka and Dennis Longoria appeared in chambers with settlement documents.

Order of Dismissal was signed.

Mr. Longoria will send documentation as to his status as attorney in charge.