IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CA-B-03-031 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the plaintiff, Gabriel Cisneros and the defendant, United States of America, and give notice to this Court that this case has been settled, and that a Joint Stipulation of Dismissal pursuant to Fed R. Civ P. 41(a)(1)(ii), has been filed with this Notice of Settlement.

Respectfully submitted,

By: _____
Dennis Longoria
State Bar No.:24003915
1101 Chicago
McAllen, TX 78501-4822
(956) 682-2440
ATTORNEY-IN-CHARGE FOR
PLAINTIFF

1

                MICHAEL T. SHELBY
                United States Attorney

By: _____
                Larry Ludka
                Assistant United States Attorney
                State Bar I.D. Number: 12667500
                Admissions I.D. Number: 10721
                800 N Shoreline Blvd.
                Suite 500
                Corpus Christi, TX  78401
                (361) 888-3111

                ATTORNEY-IN-CHARGE FOR DEFENDANT,
                UNITED STATES OF AMERICA


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Settlement has been mailed via first class mail, postage prepaid to the parties listed below on this  10th  day of December, 2003.

Dennis Longoria
Attorney at Law
1101 Chicago
McAllen, TX 78501-4822

                _____
                Larry Ludka
                Assistant United States Attorney