26

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GABRIEL CISNEROS, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CA-B-03-031 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, plaintiff, Gabriel Cisneros and the defendant, The United States of America, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), who jointly stipulate to the dismissal of this action **with prejudice**, each party to bear its own cost.

Respectfully submitted,

By: _____
Dennis Longoria
State Bar No.:24003915
1101 Chicago
McAllen, TX 78501-4822
(956) 682-2440

ATTORNEY-IN-CHARGE FOR
PLAINTIFF

MICHAEL T. SHELBY

1

                      United States Attorney

By:    */s/ Larry Ludka*
       Larry Ludka
       Assistant United States Attorney
       State Bar I.D. Number: 12667500
       Admissions I.D. Number: 10721
       800 N. Shoreline Blvd.
       Suite 500
       Corpus Christi, TX 78401
       (361) 888-3111

       ATTORNEY-IN-CHARGE FOR DEFENDANT,
       UNITED STATES OF AMERICA