IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GABRIEL CISNEROS,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CA-B-03-031 |
| | § | |
| UNITED STATES OF AMERICA<br>Defendant. | §<br>§<br>§ | |

### ORDER OF DISMISSAL

The Court, after consideration of the Notice of Settlement and Joint Stipulation of dismissal filed by the parties, hereby ORDERS that this case be DISMISSED with PREJUDICE. Each party to bear their own costs.

Date: 10 DEC 2003

_____
JOHN W. BLACK
United States Magistrate Judge

APPROVED:

_____
DENNIS LONGORIA
Attorney for Plaintiff

_____
LARRY LUDKA
United States Assistant Attorney
Attorney for Defendant